139856

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: CV 02-61RHK/~~JMM~~ AJB Case Title: Thomas Riemenschneider and Holly R. Riemenschneider vs. Gaylord Battcher and Blake Battcher, Individually, and The Battcher Dairy, a Minnesota Partnership

Affidavit of Movant

I, Kent F. Spellman, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Martin E. Spellman, an attorney admitted to practice in the Southern District of Iowa, but not admitted to the bar of this court, who will be counsel for [x] plaintiff [ ] defendant Thomas Riemenschneider and ~~Holly Riemenschneider~~ in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| Signature | MN Attorney License # | Date |
|---|---|---|
| [signature] | 127819 | 06-07-2002 |

Affidavit of Proposed Admittee

I, Martin E. Spellman, am currently a member in good standing of the U.S. District Court for Southern District of Iowa, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| Martin E. Spellman | Martin E. Spellman | 5-29-02 |

Attorney License Number: #DA0005390

Law Firm Name & Address: SPELLMAN, SPELLMAN, SPELLMAN, SPELLMAN, KEALHOFER AND SPELLMAN, 1024 Second Street, P.O. Box 550, Perry, Iowa 50220

Telephone: (515)465-5326

Motion Granted: [signature] AMC
For the Court: Richard D. Sletten, Clerk

JUN 20 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED JUN 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

139856

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: CV 02-61RHK/~~JMM~~ AJB

Case Title: Thomas Riemenschneider and Holly R. Riemenschneider vs. Gaylord Battcher and Blake Battcher, individually, and The Battcher Dairy, a Minnesota Partnership

Affidavit of Movant

I, Kent F. Spellman, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Mark E. Spellman, an attorney admitted to practice in the Southern District of Iowa, but not admitted to the bar of this court, who will be counsel for [x] plaintiff [ ] defendant Thomas Riemenschneider and ~~Holly Riemenschneider~~ in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| Signature | MN Attorney License # | Date |
|---|---|---|
| [signature] | 127814 | 06-02-2002 |

Affidavit of Proposed Admittee

I, Mark E. Spellman, am currently a member in good standing of the U.S. District Court for Southern District of Iowa, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| Mark E. Spellman | [signature] | 5-29-02 |

Attorney License Number: #DA0014502

Law Firm Name & Address: SPELLMAN, SPELLMAN, SPELLMAN, SPELLMAN, KEALHOFER AND SPELLMAN, 1024 Second Street, P.O. Box 550, Perry, Iowa 50220

Telephone: (515) 465-5326

Motion Granted: [signature] MMC
For the Court: Richard D. Sletten, Clerk

Date: JUN 20 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED JUN 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

139856

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: CV 02-61RHK/~~JMM~~ AJB Case Title: Thomas Riemenschneider and Holly R. Riemenschneider vs. Gaylord Battcher and Blake Battcher, Individually, and The Battcher Dairy, a Minnesota Partnership

Affidavit of Movant

I, Kent F. Spellman, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Edward M. (Ted) Spellman, an attorney admitted to practice in the Southern District of Iowa, but not admitted to the bar of this court, who will be counsel for [x] plaintiff [ ] defendant Thomas Riemenschneider and ~~Holly Riemenschneider~~ in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| Signature | MN Attorney License # | Date |
|---|---|---|
| [signature] | 127519 | 06-02-2002 |

Affidavit of Proposed Admittee

I, Edward M. (Ted) Spellman, am currently a member in good standing of the U.S. District Court for Southern District of Iowa, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| Edward M. (Ted) Spellman | [signature] | 5/29/02 |

Attorney License Number: #DA1043956

Law Firm Name & Address: SPELLMAN, SPELLMAN, SPELLMAN, SPELLMAN, KEALHOFER AND SPELLMAN, 1024 Second Street, P.O. Box 550, Perry, Iowa 50220

Telephone: (515)465-5326

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk
MML

Date: JUN 2 0 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

JUN 2 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK