Civ 02-61 RHK/AJB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **June 1, 2003. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: January 7, 2003.

JAN 0 7 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | Thomas Riemenschneider<br><br>et al | Kent Spellman<br>952-831-4980<br>Ted Sullivan<br>612-333-3637<br>Martin Spellman<br>515-465-5326 |
| | vs CV 02-61 RHK/AJB<br>JURY | |
| | David Battcher<br>et al | Scott Lundquist<br>612-332-0351 |
| 2. | Homer Lambrecht | Charles Beckjord<br>612-375-9367<br>William Starr<br>612-339-3911 |
| | vs CV 02-204 RHK/AJB<br>JURY | |
| | Fred Haase, individually and<br>As Plan Administrator,<br>Fiduciary, and party-in-interest<br>of the Uniscope Data Services<br>Inc., Employee 401(k) Plan<br>et al | John Bonner Jr.<br>612-344-1111<br>John Bonner III<br>612-313-0711 |

| | | |
|---|---|---|
| 3. | MEDGENESIS Inc. | James Walston<br>612-340-7951 |
| | vs CV 02-1265 RHK/RLE<br>JURY | |
| | Maurice R. Taylor II<br><br>et al | Roderick MacKenzie<br>Jonathan Bye<br>612-371-3211<br><br>Roylene Champeaux<br>612-664-5600<br><br>Gerald Leedom<br>202-514-6544<br><br>Timothy Nolan<br>612-340-7951 |
| 4. | Robert Rudder | Michael Lien<br>Kevin Cornwell<br>218-727-1444<br>Judith Schornack-Smith<br>313-961-1080 |
| | vs CV 02-471 RHK/RLE<br>DULUTH JURY | |
| | American Steamship Company | Robert Graff<br>612-338-0661<br>Thomas Emery<br>313-446-1530 |

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The latest amendments to the federal rules of procedure, (Civil, Criminal, Appellate and Bankruptcy), went into effect on December 1, 2002. The new amendments and related committee notes can be found at www.uscourts.gov/rules/amendments0202.htm.

One change is particularly noteworthy. That is Rule 7.1 of the Federal Rules of Civil Procedure. This rule requires that corporations file a "disclosure statement" whenever they initially appear as a party in a federal court action. The Rule 7.1 Disclosure Statement must identify "any parent corporation and any publicly held corporation that owns 10% or more" of the stock of the corporate party filing the statement. The purpose of the disclosure statement is to help judges and magistrate judges identify potential conflicts of interest. (Similar disclosure statement requirements are prescribed by Rule 26.1 of the Federal Rules of Appellate Procedure and Rule 12.4 of the Federal Rules of Criminal Procedure.)

Beginning December 1, 2002, a Rule 7.1 Disclosure Statement must be filed by every corporation when it first appears in a federal action, even if the corporation merely reports that there is no parent corporation or publicly held corporation that owns 10% or more of its stock. These Disclosure Statements must also be filed retroactively, for every corporation which is a party to an action pending in this District as of December 1, 2002. The retroactive Rule 7.1 statements must be filed immediately.

It also should be noted that there have been extensive stylistic changes, (as well as a few substantive changes), to the Federal Rules of Criminal Procedure. Attorneys who appear in federal criminal cases should review the amended version of the Rules.