UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

SECOND DIVISION

Court File No: 02-CV-61 RHK/~~JMM~~ AJB

Thomas Riemenschneider and Holly Riemenschneider,

Plaintiffs,

vs.

David Battcher, Terry Battcher, and Blake Battcher, Individually, as partners the Battcher Family Dairy, a Minnesota Partnership,

Defendants.

Case Type: Civil Personal Injury and Nuisance

**STIPULATION AND ORDER TO EXTEND DEADLINES**

The parties hereby agree that the deadline for disclosure of experts by Plaintiffs is April 15, 2003, and the deadline for disclosure of experts by Defendants is May 15, 2003.

Dated: 3/5/03

Lind, Jensen, Sullivan & Peterson
A Professional Association

By: ______________________________
Ted E. Sullivan, I.D. No. 122452
Attorneys for Plaintiffs
150 South Fifth Street, Suite 1700
Minneapolis, Minnesota 55402
(612) 333-3637

FILED MAR 07 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: 3-5-03

Lundquist Law Offices

By: Scott B. Lundquist

Scott B. Lundquist, I.D. No.
Attorneys for Defendants
1012 Grain Exchange Building
400 South Fourth Street
Minneapolis, Minnesota 55415
(612) 332-0351

**ORDER**

IT IS HEREBY ORDERED, that the deadline for disclosure of experts by Plaintiff is April 15, 2003, and the deadline for disclosure of experts by Defendants is May 15, 2003.

Dated: 3/6/03

Magistrate Arthur J. Boylan
United States District Court