UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THOMAS RIEMENSCHNEIDER,
HOLLY RIEMENSCHNEIDER,

Plaintiffs,

vs CV 02-61 RHK/AJB

DAVID BATTCHER,
TERRY BATTCHER,
BLAKE BATTCHER,
BATTCHER FAMILY DAIRY, a
Minnesota partnership,

Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 11, 2003.

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

MAY 15 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS