UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SECOND DIVISION

Court File No. 02-CV-61 RHK/AJB

Thomas Riemenschneider and Holly Riemenschneider,

Plaintiffs,

vs.

David Battcher, Terry Battcher, Blake Battcher and the Battcher Family Dairy, a Minnesota Partnership,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT**

**WHEREAS,** Plaintiffs Thomas Riemenschneider and Holly Riemenschneider has fully, finally, and completely compromised and settled his claim against all defendants, based upon a General Release,

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, through their respective attorneys of record, that the same may be and hereby is dismissed with prejudice, on the merits and without costs and disbursements to any party, and that any party hereto may forthwith and without notice to any other party apply to the court pursuant to this stipulation for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 5/20/03

LIND, JENSEN, SULLIVAN & PETERSON

Ted E. Sullivan (ARN:122452)
150 S Fifth Street, Suite 1700
Minneapolis, MN 55402
Telephone: (612) 333-3637

ATTORNEY FOR PLAINTIFFS

Dated: May 16, 2003

LUNDQUIST LAW OFFICES
A Professional Association

Scott B. Lundquist (ARN: 143510)
400 South Fourth Street, Suite 1012
Minneapolis, MN 55415
Telephone: (612) 332-0351

ATTORNEYS FOR DEFENDANTS

FILED MAY 27 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 27 200[illegible]
DEPUTY CLERK

- AND -

Spellman, Spellman, Spellman
Spellman, Kealhofer & Spellman
1024 Second Street
Perry, IA 50220
Telephone (515) 465-5326

ATTORNEYS FOR PLAINTIFF

**ORDER FOR JUDGMENT**

Upon the foregoing stipulation, IT IS HEREBY ORDERED that the court administrator of this court is hereby directed to enter forthwith judgment dismissing the claim against the defendants, including all claims and cross-claims, with prejudice, on the merits and without costs and disbursements to any party.

Dated: 5/27/03

The Honorable Richard H. Kyle
United States District Court Judge