AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Thomas Riemenschneider and Holly Riemenschneider

V.

David Battcher, Terry Battcher, Blake Battcher and the Battcher Family Diary, A Minnesota Partnership

## JUDGMENT IN A CIVIL CASE

Case Number: 02-61 RHK/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
that the court administrator of this court is hereby directed to enter forthwith judgment dismissing the claim against the defendants, including all claims and cross-claims, with prejudice on the merits and without costs and disubrsements to any party.

May 27, 2003
Date

RICHARD D. SLETTEN, CLERK

Schneider
(By) Gloria Schneider, Deputy Clerk

22

Modified:03/10/03